# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Earl G. Teets Jr. | § | Case No. 15-16266 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/07/2015 . The undersigned trustee was appointed on 06/02/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   1,106,961.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 259,635.39 |
| Bank service fees | 12.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 847,313.56 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 09/28/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 56,459.49 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 56,459.49 , for a total compensation of $ 56,459.49 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/16/2016         By:/s/Miriam R. Stein
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-16266 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | Earl G. Teets Jr. | | | | Date Filed (f) or Converted (c): | 05/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2015 |
| For Period Ending: | 09/16/2016 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 10N371 BURLINGTON RD., HAMPSHIRE,IL 60140 | 350,000.00 | 175,000.00 | | 0.00 | FA |
| 2. CASH | 250.00 | 50.00 | | 0.00 | FA |
| 3. CHECKING - PNC ACCOUNT | 1,500.00 | 500.00 | | 0.00 | FA |
| 4. SECURITY DEPOSIT | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. RECORDS, 3 PICTURES | 375.00 | 375.00 | | 0.00 | FA |
| 7. MEN'S CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8. RINGS, WATCH | 450.00 | 450.00 | | 0.00 | FA |
| 9. 2 RIFLES, 2 SHOTGUNS, 2 PISTOLS | 400.00 | 400.00 | | 0.00 | FA |
| 10. RIVERSOURCE LONG TERM CARE PLAN INSURANCE | Unknown | Unknown | | 0.00 | FA |
| 11. COUNTRY LIFE POLICY | 2,587.48 | 0.00 | | 0.00 | FA |
| 12. ALLIANZ CONNECTIONS DEFERRED VARIABLE ANNUITY | 239,120.90 | 0.00 | | 0.00 | FA |
| 13. IRA | 132,954.41 | 0.00 | | 0.00 | FA |
| 14. LOCAL 150 OPERATING ENGINEERS UNION PENSION | 0.00 | 0.00 | | 0.00 | FA |
| 15. STOCK - AMERIPRISE FINANCIAL SERVICES, INC. | 12,482.99 | 11,482.99 | | 0.00 | FA |
| 16. STOCK - 20% INTEREST IN TEETS, LLC - EARL G. TEETS, JR. TRUS | Unknown | Unknown | | 0.00 | FA |
| 17. STOCK - 25% SHAREHOLDER IN JAC REED ROAD, LLC | Unknown | Unknown | | 0.00 | FA |
| 18. STOCK - 4.33333% SHAREHOLDER IN AURORAKIRK, INC. | Unknown | Unknown | | 0.00 | FA |
| 19. STOCK - 50% MEMBERSHIP INTEREST IN EWII, LLC | Unknown | Unknown | | 0.00 | FA |
| 20. 25% INTEREST IN THE TEETS FAMILY PARTNERSHIP - 11/95 VIA AGR | Unknown | 600,000.00 | | 1,080,000.00 | FA |
| 21. CONTINGENT INTEREST - TRUSTEE OF EARL G. TEETS, JR. TRUST - | Unknown | Unknown | | 0.00 | FA |
| 22. CONTINGENT INTEREST - FUTURE LIFE ESTATE - SHARON TEETS TRUS | Unknown | Unknown | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-16266 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
| Case Name: | Earl G. Teets Jr. | | | | Date Filed (f) or Converted (c): | 05/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2015 |
| For Period Ending: | 09/16/2016 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. VEHICLE - 2008 MERCURY MOUNTAINEER | 6,000.00 | 1,800.00 | | 0.00 | FA |
| 24. OTHER - JOHN DEERE LAWN MOWER | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 25. Tax Liability of Sharon Teets for IRS and IDOR Claims (u) | 0.00 | 0.00 | | 26,961.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $749,120.78 | $792,557.99 | | $1,106,961.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS FINALIZING A SETTLEMENT WITH DEBTOR PURSUANT TO WHICH DEBTOR AND HIS RELATED ENTITIES WILL PAY THE ESTATE A TOTAL OF $1,080,000.
3/29/16 update - COURT APPROVED SETTLEMENT ON MARCH 15, 2016. DEBTOR PAID $600,000 TO ESTATE. REMAINING $480,000 TO BE PAID BY APRIL 15, 2016.
4/12/16 update - all settlement funds paid. Claim objections being litigated. Upon resolution, Trustee will prepare TFR.
7/3/16 UPDATE - ALL CLAIMS RESOLVED. PROFESSIONALS TO FILE APPLICATIONS FOR FEES.

RE PROP #   25  --  This is an additional payment by Debtor under the Settlement Agreement to provide for Sharon's share of tax liability relating to proofs of claims filed by IRS and IDR in case. Payment made pursuant to Letter Agreement dated August 9, 2016.

Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 09/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-16266 | Trustee Name: Miriam R. Stein |
| Case Name: Earl G. Teets Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8705 |
| | Checking |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): |
| For Period Ending: 09/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/29/15 | | Teets Family Partnership 10N371 Burlington Road Hampshire, IL 60140 | Estate's Proportionate Share of Teets Family Partnership (from 2015 Lottery Payment) Paid to Estate Pursuant to Court Order | 1123-000 | $228,000.00 | | $228,000.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.86 | $227,978.14 |
| 11/17/15 | 20 | Teets Family Partnership 10N371 Burlington Road Hampshire, IL 60140 | Estate's Proportionate Share of Teets Family Partnership (from 2015 Lottery Payment) | 1129-000 | $228,000.00 | | $455,978.14 |
| 11/17/15 | | Teets Family Partnership 10N371 Burlington Road Hampshire, IL 60140 | Estate's Proportionate Share of Teets Family Partnership (from 2015 Lottery Payment) Reversal Check was Returned to Maker due to hold on Debtor's Partnership bank account by District Court proceeding. Bankruptcy Court order directed payment of funds, so hold will be lifted and check will be redeposited. Trustee assured of clearance. | 1123-000 | ($228,000.00) | | $227,978.14 |
| 12/14/15 | | Associated Bank | Bank Service Charge | 2600-000 | | $12.05 | $227,966.09 |
| 01/04/16 | 20 | Teets Family Partnership | partial payment of settlement This wire was deposited on 12/30/15. However the Trustee was out of town and didn't record the wire until 1/4/16. The software does not allow for back dating deposit post dates. | 1129-000 | $372,000.00 | | $599,966.09 |
| 01/04/16 | | Associated Bank | Refund of bank fee from 11/6/15 | 2600-002 | | ($21.86) | $599,987.95 |
| 04/05/16 | 20 | Teets Family Partnership Received via wire transfer | Final Settlement Payment These funds were received via wire transfer. Wire initiated on 3/31/16. They likely were deposited on 4/1/16. | 1129-000 | $480,000.00 | | $1,079,987.95 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | Page Subtotals: | $1,080,000.00 | $12.05 |
|---|---|---|---|---|

Case 15-16266   Doc 131   Filed 09/20/16   Entered 09/20/16 09:16:54   Desc Main
Document      Page 6 of 15

Page: 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-16266 | Trustee Name: | Miriam R. Stein |
| Case Name: | Earl G. Teets Jr. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8705 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0106 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/16/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/16 | 101 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Professional Fees Approved by Court | 3410-000 | | $8,822.30 | $1,071,165.65 |
| 08/02/16 | 102 | LAW OFFICES OF WILLIAM J. FACTOR<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Professional Compensation<br>Fees approved by Court | | | $218,302.50 | $852,863.15 |
| | | FACTORLAW | ($214,350.00) | 3210-000 | | | |
| | | FACTORLAW | ($3,952.50) | 3220-000 | | | |
| 08/02/16 | 103 | Baldi Berg, Ltd<br>20 N. Clark Street, Suite 200<br>Chicago, IL 60602 | Professional Fees Approved by Court | 3210-000 | | $6,835.00 | $846,028.15 |
| 08/18/16 | 25 | Teets LLC<br>10N371 Burlington Road<br>Hampshire, IL 60140 | Settlement Payment<br>This is an additional payment by Debtor under the Settlement Agreement to provide for Sharon's share of tax liability relating to proofs of claims filed by IRS and IDR in case. Payment made pursuant to Letter Agreement dated August 9, 2016 and in furtherance of settlement agreement approved by the Court. | 1249-000 | $26,961.00 | | $872,989.15 |
| 09/06/16 | 104 | Cohen & Krol<br>Attn: Joseph Cohen<br>105 West Madison Street, Suite 1100<br>Chicago, IL 60602 | Professional Compensation Approved per Order dated August 31, 2016 | | | $25,675.59 | $847,313.56 |
| | | COHEN & KROL | ($25,412.25) | 3210-000 | | | |
| | | COHEN & KROL | ($263.34) | 3220-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,106,961.00 | $259,647.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $26,961.00 | $259,635.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

| | | |
|---|---:|---:|
| Subtotal | $1,106,961.00 | $259,647.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,106,961.00 | $259,647.44 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8705 - Checking | $1,106,961.00 | $259,647.44 | $847,313.56 |
|  | $1,106,961.00 | $259,647.44 | $847,313.56 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $1,106,961.00 |
| Total Gross Receipts: | $1,106,961.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-16266　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: September 16, 2016
Debtor Name: Earl G. Teets Jr.
Claims Bar Date: 9/28/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $56,459.49 | $56,459.49 |
| 100 3210 | BALDI BERG LTD. | Administrative | ATTORNEY FOR INTERIM TRUSTEE - FINAL APPLICATION | $0.00 | $6,835.00 | $6,835.00 |
| 100 3210 | COHEN & KROL | Administrative | | $0.00 | $25,412.25 | $25,412.25 |
| 100 3210 | FACTORLAW | Administrative | | $0.00 | $214,350.00 | $214,350.00 |
| 100 3220 | COHEN & KROL | Administrative | | $0.00 | $263.34 | $263.34 |
| 100 3220 | FACTORLAW | Administrative | | $0.00 | $3,952.50 | $3,952.50 |
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. | Administrative | | $0.00 | $8,822.30 | $8,822.30 |
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. | Administrative | SECOND AND FINAL FEE APP. | $0.00 | $2,323.60 | $2,323.60 |
| 3P 280 5800 | INTERNAL REVENUE SERVICE (P)<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | AMENDED | $0.00 | $49,611.62 | $49,611.62 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-16266  
Debtor Name: Earl G. Teets Jr.  
Claims Bar Date: 9/28/2015  

Date: September 16, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>280<br>5800 | INTERNAL REVENUE SERVICE (P)<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | WITHDRAWN | $0.00 | $7,300,000.00 | $0.00 |
| 7<br>280<br>5800 | INTERNAL REVENUE SERVICE (P)<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | WITHDRAWN | $0.00 | $50,252.00 | $0.00 |
| 8P<br>280<br>5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Il 60664-0338 | Priority | | $0.00 | $2,501.52 | $2,501.52 |
| 1U<br>300<br>7100 | FIRSTMERIT BANK<br>FIRSTMERIT BANK, N.A.<br>C/O FACTORLAW<br>105 W. MADISON ST., SUITE 1500<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $11,161,052.57 | $11,161,052.57 |
| 2<br>300<br>7100 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION SUITE 7-400<br>PO BOX 64338<br>CHICAGO, IL. 60664-0338 | Unsecured | DISALLOWED | $0.00 | $0.00 | $0.00 |
| 4<br>300<br>7100 | ST. CHARLES BANK & TRUST CO.<br>C/O KINNALLY FLAHERTY KRENTZ LORAN<br>2114 DEERPATH RD.<br>AURORA, IL 60506 | Unsecured | WITHDRAWN | $0.00 | $8,212,387.76 | $0.00 |
| 5<br>300<br>7100 | ANTHONY M. ROSATI<br>34 WEST PENNY ROAD<br>SOUTH BARRINGTON, ILLINOIS 60010 | Unsecured | WITHDRAWN | $0.00 | $670,000.00 | $0.00 |
| 3U<br>380<br>7300 | INTERNAL REVENUE SERVICE (P)<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Unsecured | PENALTIES AND INTEREST - AMENDED | $0.00 | $977.62 | $977.62 |
| 8U<br>380<br>7300 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Il 60664-0338 | Unsecured | PENALTIES | $0.00 | $101.72 | $101.72 |
| | Case Totals | | | $0.00 | $27,765,303.29 | $11,532,663.53 |

Page 2                                          Printed: September 16, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-16266　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: September 16, 2016
Debtor Name: Earl G. Teets Jr.
Claims Bar Date: 9/28/2015

　　　　　Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-16266
Case Name: Earl G. Teets Jr.
Trustee Name: Miriam R. Stein

| | | |
|---|---|---|
| Balance on hand | $ | 847,313.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 56,459.49 | $ 0.00 | $ 56,459.49 |
| Attorney for Trustee Fees: COHEN & KROL | $ 25,412.25 | $ 25,412.25 | $ 0.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 263.34 | $ 263.34 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 11,145.90 | $ 8,822.30 | $ 2,323.60 |
| Other: BALDI BERG LTD. | $ 6,835.00 | $ 6,835.00 | $ 0.00 |
| Other: FACTORLAW | $ 214,350.00 | $ 214,350.00 | $ 0.00 |
| Other: FACTORLAW | $ 3,952.50 | $ 3,952.50 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 58,783.09 |
| Remaining Balance | $ | 788,530.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 52,113.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | INTERNAL REVENUE SERVICE (P) | $ 49,611.62 | $ 0.00 | $ 49,611.62 |
| 6 | INTERNAL REVENUE SERVICE (P) | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | INTERNAL REVENUE SERVICE (P) | $ 0.00 | $ 0.00 | $ 0.00 |
| 8P | Illinois Department Of Revenue | $ 2,501.52 | $ 0.00 | $ 2,501.52 |

Total to be paid to priority creditors    $ 52,113.14

Remaining Balance    $ 736,417.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,161,052.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | FIRSTMERIT BANK | $ 11,161,052.57 | $ 0.00 | $ 736,417.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | ST. CHARLES BANK & TRUST CO. | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | ANTHONY M. ROSATI | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 736,417.33 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,079.34 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | INTERNAL REVENUE SERVICE (P) | $ 977.62 | $ 0.00 | $ 0.00 |
| 8U | Illinois Department Of Revenue | $ 101.72 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |