# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Earl G. Teets Jr. | § | Case No. 15-16266 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 367,557.99 *(Without deducting any secured claims)* | Assets Exempt: 381,562.79 |
| Total Distributions to Claimants:  788,530.47 | Claims Discharged Without Payment:  37,120,888.61 |
| Total Expenses of Administration:  318,430.53 | |

3) Total gross receipts of $ 1,106,961.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,106,961.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 2,867,946.48 | $ 2,867,946.48 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 318,430.53 | 318,430.53 | 318,430.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 45,645.00 | 7,446,365.14 | 7,446,365.14 | 52,113.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,932,611.97 | 20,043,440.33 | 20,043,440.33 | 736,417.33 |
| **TOTAL DISBURSEMENTS** | $ 19,978,256.97 | $ 30,676,182.48 | $ 30,676,182.48 | $ 1,106,961.00 |

4) This case was originally filed under chapter 7 on 05/07/2015 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2017         By:/s/Miriam R. Stein
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% INTEREST IN THE TEETS FAMILY PARTNERSHIP - 11/95 VIA AGR | 1129-000 | 1,080,000.00 |
| Tax Liability of Sharon Teets for IRS and IDOR Claims | 1249-000 | 26,961.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,106,961.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIRSTMERIT BANK, N.A. | 4110-000 | 0.00 | 2,867,946.48 | 2,867,946.48 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 2,867,946.48** | **$ 2,867,946.48** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 56,459.49 | 56,459.49 | 56,459.49 |
| Associated Bank | 2600-000 | NA | 33.91 | 33.91 | 33.91 |
| Associated Bank | 2600-002 | NA | -21.86 | -21.86 | -21.86 |
| BALDI BERG LTD. | 3210-000 | NA | 6,835.00 | 6,835.00 | 6,835.00 |
| COHEN & KROL | 3210-000 | NA | 25,412.25 | 25,412.25 | 25,412.25 |
| FACTORLAW | 3210-000 | NA | 214,350.00 | 214,350.00 | 214,350.00 |
| COHEN & KROL | 3220-000 | NA | 263.34 | 263.34 | 263.34 |
| FACTORLAW | 3220-000 | NA | 3,952.50 | 3,952.50 | 3,952.50 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 11,145.90 | 11,145.90 | 11,145.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 318,430.53 | $ 318,430.53 | $ 318,430.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Illinois Department Of Revenue | 5800-000 | 1,245.00 | 2,501.52 | 2,501.52 | 2,501.52 |
| 3 | INTERNAL REVENUE SERVICE (P) | 5800-000 | NA | 93,611.62 | 93,611.62 | 49,611.62 |
| 6 | INTERNAL REVENUE SERVICE (P) | 5800-000 | 0.00 | 7,300,000.00 | 7,300,000.00 | 0.00 |
| 7 | INTERNAL REVENUE SERVICE (P) | 5800-000 | 44,400.00 | 50,252.00 | 50,252.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 45,645.00 | $ 7,446,365.14 | $ 7,446,365.14 | $ 52,113.14 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express  P.O. Box 297815  Fort Lauderdale, FL 33329-7815 | | 200.00 | NA | NA | 0.00 |
| | Aurorakirk, Inc.  c/o Jeffrey L. Brown, Reg. Agent  175 E. Hawthorn Parkway, #240  Vernon Hills, IL 60061 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards  P .0. Box 183071  Columbus, OH 43218-3071 | | 1,000.00 | NA | NA | 0.00 |
| | Discover  P.O. Box 30937  Salt Lake City, UT 84130-0934 | | 500.00 | NA | NA | 0.00 |
| | Donald W. Fortin, Jr.  1010 Harvest Court  Woodstock, IL 60098 | | 0.00 | NA | NA | 0.00 |
| | EW II, LLC  c/o Sharon Teets, Registered Agent  1 ON371 Burlington Rd.  Hampshire, IL 60140 | | 0.00 | NA | NA | 0.00 |
| | FirstMerit Bank, N.A.  c/o Meltzer Purtill & Stelle LLC  1515 E. Woodfield Road, 2nd Floor  Schaumburg, IL 60173 | | 904,915.25 | NA | NA | 0.00 |
| | FirstMerit Bank, NA  FirstMerit Bank, NA  Judgment entered on April 22, 2014  105 W. Madison St,, Suite 1500  Chicago, IL 60602 | | 9,512,998.36 | NA | NA | 0.00 |
| | JAC Reed Road, LLC  c/o Anthony Rosati, Reg. Agent  2250 Point Blvd., Suite 335  Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Micelli  c/o Jeffrey L. Brown, Reg Agent  175 E. Hawthorn Parkway, #240  Vernon Hills, IL 60061 | | 0.00 | NA | NA | 0.00 |
| | Sharon A. Teets  1 ON371 Burlington Rd.  Hampshire, IL 60140 | | 0.00 | NA | NA | 0.00 |
| | Teets, LLC  c/o The Corporation Trust Company 1209 N. Orange St. Wilmington, DE 19801 | | 0.00 | NA | NA | 0.00 |
| | Tighe, Kress and Orr  2001 Larkin Ave .. Suite 202  Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |
| | Warren Wolschlager  650 Leonard Parkway  Crystal Lake, IL 60014 | | 0.00 | NA | NA | 0.00 |
| 5 | ANTHONY M. ROSATI | 7100-000 | 0.00 | 670,000.00 | 670,000.00 | 0.00 |
| 1 | HUNTINGTON NATIONAL BANK, | 7100-000 | 9,512,998.36 | 11,161,052.57 | 11,161,052.57 | 736,417.33 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE (P) | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | ST. CHARLES BANK & TRUST CO. | 7100-000 | 0.00 | 8,212,387.76 | 8,212,387.76 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 19,932,611.97 | $ 20,043,440.33 | $ 20,043,440.33 | $ 736,417.33 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-16266 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | Earl G. Teets Jr. | | | | Date Filed (f) or Converted (c): | 05/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2015 |
| For Period Ending: | 01/05/2017 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 10N371 BURLINGTON RD., HAMPSHIRE,IL 60140 | 350,000.00 | 175,000.00 | | 0.00 | FA |
| 2. CASH | 250.00 | 50.00 | | 0.00 | FA |
| 3. CHECKING - PNC ACCOUNT | 1,500.00 | 500.00 | | 0.00 | FA |
| 4. SECURITY DEPOSIT | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. RECORDS, 3 PICTURES | 375.00 | 375.00 | | 0.00 | FA |
| 7. MEN'S CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8. RINGS, WATCH | 450.00 | 450.00 | | 0.00 | FA |
| 9. 2 RIFLES, 2 SHOTGUNS, 2 PISTOLS | 400.00 | 400.00 | | 0.00 | FA |
| 10. RIVERSOURCE LONG TERM CARE PLAN INSURANCE | Unknown | Unknown | | 0.00 | FA |
| 11. COUNTRY LIFE POLICY | 2,587.48 | 0.00 | | 0.00 | FA |
| 12. ALLIANZ CONNECTIONS DEFERRED VARIABLE ANNUITY | 239,120.90 | 0.00 | | 0.00 | FA |
| 13. IRA | 132,954.41 | 0.00 | | 0.00 | FA |
| 14. LOCAL 150 OPERATING ENGINEERS UNION PENSION | 0.00 | 0.00 | | 0.00 | FA |
| 15. STOCK - AMERIPRISE FINANCIAL SERVICES, INC. | 12,482.99 | 11,482.99 | | 0.00 | FA |
| 16. STOCK - 20% INTEREST IN TEETS, LLC - EARL G. TEETS, JR. TRUS | Unknown | Unknown | | 0.00 | FA |
| 17. STOCK - 25% SHAREHOLDER IN JAC REED ROAD, LLC | Unknown | Unknown | | 0.00 | FA |
| 18. STOCK - 4.33333% SHAREHOLDER IN AURORAKIRK, INC. | Unknown | Unknown | | 0.00 | FA |
| 19. STOCK - 50% MEMBERSHIP INTEREST IN EWII, LLC | Unknown | Unknown | | 0.00 | FA |
| 20. 25% INTEREST IN THE TEETS FAMILY PARTNERSHIP - 11/95 VIA AGR | Unknown | 600,000.00 | | 1,080,000.00 | FA |
| 21. CONTINGENT INTEREST - TRUSTEE OF EARL G. TEETS, JR. TRUST - | Unknown | Unknown | | 0.00 | FA |
| 22. CONTINGENT INTEREST - FUTURE LIFE ESTATE - SHARON TEETS TRUS | Unknown | Unknown | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-16266 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | Earl G. Teets Jr. | | | | Date Filed (f) or Converted (c): | 05/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2015 |
| For Period Ending: | 01/05/2017 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23.  VEHICLE - 2008 MERCURY MOUNTAINEER | 6,000.00 | 1,800.00 | | 0.00 | FA |
| 24.  OTHER - JOHN DEERE LAWN MOWER | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 25.  Tax Liability of Sharon Teets for IRS and IDOR Claims (u) | 0.00 | 0.00 | | 26,961.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $749,120.78        $792,557.99        $1,106,961.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

 THE TRUSTEE HAS SUBMITTED A TDR FOR REVIEW.

RE PROP #    25   --   This is an additional payment by Debtor under the Settlement Agreement to provide for
                        Sharon's share of tax liability relating to proofs of claims filed by IRS and IDR in case.
                        Payment made pursuant to Letter Agreement dated August 9, 2016.

Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 09/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16266 | Trustee Name: Miriam R. Stein |
| Case Name: Earl G. Teets Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8705 |
| | Checking |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): |
| For Period Ending: 01/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/29/15 | | Teets Family Partnership<br>10N371 Burlington Road<br>Hampshire, IL 60140 | Estate's Proportionate Share of Teets Family Partnership (from 2015 Lottery Payment) Paid to Estate Pursuant to Court Order | 1123-000 | $228,000.00 | | $228,000.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.86 | $227,978.14 |
| 11/17/15 | 20 | Teets Family Partnership<br>10N371 Burlington Road<br>Hampshire, IL 60140 | Estate's Proportionate Share of Teets Family Partnership (from 2015 Lottery Payment) | 1129-000 | $228,000.00 | | $455,978.14 |
| 11/17/15 | | Teets Family Partnership<br>10N371 Burlington Road<br>Hampshire, IL 60140 | Estate's Proportionate Share of Teets Family Partnership (from 2015 Lottery Payment) Reversal Check was Returned to Maker due to hold on Debtor's Partnership bank account by District Court proceeding. Bankruptcy Court order directed payment of funds, so hold will be lifted and check will be redeposited. Trustee assured of clearance. | 1123-000 | ($228,000.00) | | $227,978.14 |
| 12/14/15 | | Associated Bank | Bank Service Charge | 2600-000 | | $12.05 | $227,966.09 |
| 01/04/16 | 20 | Teets Family Partnership | partial payment of settlement This wire was deposited on 12/30/15. However the Trustee was out of town and didn't record the wire until 1/4/16. The software does not allow for back dating deposit post dates. | 1129-000 | $372,000.00 | | $599,966.09 |
| 01/04/16 | | Associated Bank | Refund of bank fee from 11/6/15 | 2600-002 | | ($21.86) | $599,987.95 |
| 04/05/16 | 20 | Teets Family Partnership<br>Received via wire transfer | Final Settlement Payment These funds were received via wire transfer. Wire initiated on 3/31/16. They likely were deposited on 4/1/16. | 1129-000 | $480,000.00 | | $1,079,987.95 |

Page Subtotals: $1,080,000.00  $12.05

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-16266 | Trustee Name: Miriam R. Stein |
| Case Name: Earl G. Teets Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8705 |
| | Checking |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): |
| For Period Ending: 01/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/16 | 101 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Professional Fees Approved by Court | 3410-000 | | $8,822.30 | $1,071,165.65 |
| 08/02/16 | 102 | LAW OFFICES OF WILLIAM J. FACTOR<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Professional Compensation Fees approved by Court | | | $218,302.50 | $852,863.15 |
| | | FACTORLAW | ($214,350.00) | 3210-000 | | | |
| | | FACTORLAW | ($3,952.50) | 3220-000 | | | |
| 08/02/16 | 103 | Baldi Berg, Ltd<br>20 N. Clark Street, Suite 200<br>Chicago, IL 60602 | Professional Fees Approved by Court | 3210-000 | | $6,835.00 | $846,028.15 |
| 08/18/16 | 25 | Teets LLC<br>10N371 Burlington Road<br>Hampshire, IL 60140 | Settlement Payment<br>This is an additional payment by Debtor under the Settlement Agreement to provide for Sharon's share of tax liability relating to proofs of claims filed by IRS and IDR in case. Payment made pursuant to Letter Agreement dated August 9, 2016 and in furtherance of settlement agreement approved by the Court. | 1249-000 | $26,961.00 | | $872,989.15 |
| 09/06/16 | 104 | Cohen & Krol<br>Attn: Joseph Cohen<br>105 West Madison Street, Suite 1100<br>Chicago, IL  60602 | Professional Compensation Approved per Order dated August 31, 2016 | | | $25,675.59 | $847,313.56 |
| | | COHEN & KROL | ($25,412.25) | 3210-000 | | | |
| | | COHEN & KROL | ($263.34) | 3220-000 | | | |
| 11/03/16 | 105 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $56,459.49 | $790,854.07 |

| | | | Page Subtotals: | | $26,961.00 | $316,094.88 | |

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16266 | Trustee Name: Miriam R. Stein |
| Case Name: Earl G. Teets Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8705 |
| | Checking |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): |
| For Period Ending: 01/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/16 | 106 | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,323.60 | $788,530.47 |
| 11/03/16 | 107 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-000 | | $2,501.52 | $786,028.95 |
| 11/03/16 | 108 | INTERNAL REVENUE SERVICE (P) P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $49,611.62 | $736,417.33 |
| 11/03/16 | 109 | HUNTINGTON NATIONAL BANK, AS SUCCESSOR BY FIRSTMERIT BANK, N.A. C/O FACTORLAW 105 W. MADISON ST., SUITE 1500 CHICAGO, IL 60602 | Final distribution to claim 1 representing a payment of 6.60 % per court order. | 7100-000 | | $736,417.33 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $1,106,961.00 | $1,106,961.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,106,961.00 | $1,106,961.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,106,961.00 | $1,106,961.00 |

Page Subtotals: $0.00   $790,854.07

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8705 - Checking | $1,106,961.00 | $1,106,961.00 | $0.00 |
|  | $1,106,961.00 | $1,106,961.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,106,961.00 |
| Total Gross Receipts: | $1,106,961.00 |

Page Subtotals:           $0.00          $0.00